```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Greg Schillinger</u>

        v.                              Civil No. 12-cv-429-JD

<u>Strafford County Superior Court, et al.</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     Documents 14 and 15, Addenda to Complaint in the above-captioned case, contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Addenda to Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Documents 14 and 15, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     SO ORDERED.

                                          <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: January 14, 2013

cc:  Greg Schillinger, pro se